UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X

In the Matter of

LLoyd Baker,

an Attorney and Counselor-at-Law.

Respondent.

-----------------------------------------------X

MC-07-434 (BMC)

ORDER

     An order having been entered in the Supreme Court of the State of New York, Appellate Division, accepting voluntary resignation (non-disciplinary) of respondent, an attorney in good standing, and removing respondent from the roll of attorneys and counselors-at-law in New York State,

     IT IS ORDERED, pursuant to Local Rule 1.5 that respondent's name be removed from the Roll of Attorneys of this Court. This order shall become effective 24 days after the date of service upon said attorney unless otherwise modified or stayed.

     The docketing clerk is directed to mail a copy of the within to respondent and to close the within action without prejudice to reopening the matter upon application of respondent.

     SO ORDERED.

Dated:    Brooklyn, New York
           Oct 30, 2007

                        s/Hon. Brian M. Cogan
                        BRIAN M. COGAN, U.S.D.J.
                        Chairman of the Committee on
                        Grievances, E.D.N.Y.